# Order

Michigan Supreme Court
Lansing, Michigan

March 9, 2007

133169

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

————————————————————————

IN RE SABRINA LYNN AYERS, CODY JAMES
REITERMAN, SAVANNA LEE REITERMAN,
and NATHAN RUSSELL REITERMAN, Minors.

————————————————————————

DEPARTMENT OF HUMAN SERVICES, f/k/a
FAMILY INDEPENDENCE AGENCY,
              Petitioner-Appellee,

v

NICOLE MARIE FISCHER, a/k/a NICOLE
REITERMAN,
              Respondent-Appellant.

SC: 133169
COA: 269995
Oakland CC
Family Division: 04-694760-NA

_____/

On order of the Court, the application for leave to appeal the January 18, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 9, 2007

_____
Clerk

s0306